# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN JOSE

*FILED*
*07 MAY 10 PM 4: 14*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA,

**V.**

~~SEALED~~
~~BY COURT ORDER~~

SON NGUYEN,
DUC NGUYEN, and
HUY NGO

## CR 07 0290

**JF**

DEFENDANT.

# INDICTMENT

**RS**

21 U.S.C. Sections 846, 841(b)(1)(B)(iii) - Conspiracy to Distribute, and Possess with Intent to Distribute Cocaine Base

21 U.S.C. Section 841(a)(1), (b)(1)(B)(iii) - Possession with Intent to Distribute Cocaine Base

21 U.S.C. Sections 846, 841(b)(1)(B)(iii) - Attempted Possession with Intent to Distribute Cocaine Base

A true bill.

_____ Foreman

Filed in open court this _____ day of

_____

_____ Clerk

Bail, $_____

DOCUMENT N...    CSA's INITIALS

DISTRICT COURT
CRIMINAL CASE PROCESSING



SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

07 MAY 10  PN 4: 15

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED
BY COURT ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**CR 07 0290**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. |
| | ) |
| v. | ) VIOLATIONS: 21 U.S.C. §§ 846, 841(b)(1)(B)(iii) – Conspiracy to Distribute, and Possess with Intent to Distribute, Cocaine Base; 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) – Possession with Intent to Distribute Cocaine Base; 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(iii) – Attempted Possession with Intent to Distribute Cocaine Base |
| SON NGUYEN, DUC NGUYEN, and HUY NGO, | ) |
| Defendants. | ) SAN JOSE VENUE |

I N D I C T M E N T

The Grand Jury charges:

COUNT ONE:    (21 U.S.C. §§ 846, 841(b)(1)(B)(iii) – Conspiracy to Distribute, and Possess with Intent to Distribute, Cocaine Base ("Crack" Cocaine))

Beginning at a time unknown to the grand jury, but no later than January 2007, through on or about February 4, 2007, the defendants,

HUY NGO,
SON NGUYEN, and
DUC NGUYEN,

did knowingly and intentionally conspire with others known and unknown to distribute, and to

1   possess with intent to distribute, a Schedule II controlled substance, namely, approximately 42.8

2   grams of a mixture and substance containing a detectable amount of cocaine base, in the form

3   of "crack" cocaine, in violation of Title 21, United States Code, Sections 846, 841(b)(1)(B)(iii).

4
    COUNT TWO:        (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) – Possession with Intent to
5                     Distribute Cocaine Base ("Crack" Cocaine))

6       On or about February 4, 2007, in the Northern District of California, the defendant,

7                                        SON NGUYEN,

8   did knowingly and intentionally possess with intent to distribute, a Schedule II controlled

9   substance, namely, 42.8 grams of a mixture and substance containing a detectable amount of

10  cocaine base, in the form of "crack" cocaine,  in violation of Title 21, United States Code,

11  Sections 841(a)(1), (b)(1)(B)(iii).

12
    COUNT THREE:      (21 U.S.C. §§ 846, 841(b)(1)(B)(iii) – Attempted Possession with Intent to
13                    Distribute Cocaine Base ("Crack" Cocaine))

14      On or about February 4, 2007, in the Northern District of California, the defendant,

15                                        HUY NGO,

16  did knowingly and intentionally attempt to possess with intent to distribute a Schedule II

17  controlled substance, namely, 42.8 grams of a mixture and substance containing a detectable

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

INDICTMENT                                    2

1  amount of cocaine base, in the form of crack cocaine, in violation of Title 21, United States

2  Code, Sections 846, 841(b)(1)(B)(iii).

3

4  DATED: *May 10, 2007*                        A TRUE BILL.

5

6                                               FOREPERSON

7

8  SCOTT N. SCHOOLS
   United States Attorney
9

10

11 MARK L. KROTOSKI
   Chief, Criminal Division
12

13 (Approved as to form: _____ )
                          AUSA JERICH
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                              3

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

*FILED*

### OFFENSE CHARGED
21 USC 846, 841(b)(1)(B)(iii)
21 USC 841(a)(1) (b)(1)(B)(iii)
21 USC 846, 841(a)(1) (b)(1)(B)(iii)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

MAY 1 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
▶ Huy Ngo, Son Nguyen and Duc Nguyen

PENALTY:
Ct. 1: max term 40 yrs (mand. min 5),$2,000,000 fine;sup.
release 4 years; $100 special assessment
Ct. 2: same as Count 1
Ct. 3: same as Counts 1 & 2

**DISTRICT COURT NUMBER**

**CR 07 0290**

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☒ No
If "Yes" give date filed _____ Month/Day/Year

**DATE OF ARREST** ▶ _____ Month/Day/Year
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____ Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) Susan R. Jerich

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS
PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: under seal/no bail
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

Date/Time: _____
Before Judge: _____

Comments: