1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  MARK KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  SUSAN R. JERICH (CSBN 188462)
   Assistant United States Attorney
5
6   450 Golden Gate Avenue
    San Francisco, Ca. 94102
7   Tel: (415) 436-7158
    Facsimile: (415) 436-6982
    Email: susan.jerich@usdoj.gov
8
   Attorneys for Plaintiff
9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,          )   No. CR-07 0290
14 |         Plaintiff,                 )   APPLICATION AND [PROPOSED]
                                        )   ORDER TO SEAL
15 |     v.                             )
                                        )
16 | UNDER SEAL INDICTMENT              )   SAN JOSE VENUE
                                        )

**SEALED BY COURT ORDER**

**FILED** 07 MAY 10 PM 4:14

17
18                      **UNDER SEAL OF COURT**

19      All defendants in the above named indictment have not yet been apprehended.
20 The United States hereby applies for an Order sealing the indictment and arrest warrants
21 in order not to compromise the efforts to apprehend the defendants. However, the United
22 states specifically requests that file stamped copies of the indictment and arrest warrants
23 be given to the Assistant United States Attorney so that copies can be made in advance of
24 court appearances.
25 DATED: May 10, 2007                    Respectfully submitted,
26                                        SCOTT N. SCHOOLS
                                          United States Attorney
27
28                                        SUSAN R. JERICH
                                          Assistant United States Attorney

SEALING APPLICATION AND ORDER

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  SUSAN R. JERICH (CSBN 188462)
   Assistant United States Attorney
5
   450 Golden Gate Avenue
6  San Francisco, Ca. 94102
   Tel: (415) 436-7158
7  Facsimile: (415) 436-6982
   Email: susan .jerich@usdoj.gov
8
   Attorneys for Plaintiff
9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,      )  No. CR-
                                    )
14 |      Plaintiff,                )  [~~PROPOSED~~] ORDER TO SEAL
                                    )
15 |      v.                        )
                                    )  SAN JOSE VENUE
16 | UNDER SEAL INDICTMENT          )
                                    )
17
                              **UNDER SEAL OF COURT**
18
       GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT the indictment
19
   and arrest warrants in the above captioned case are to be filed under seal.
20
       IT IS FURTHER ORDERED THAT file stamped copies of the indictment and
21
   arrest warrants are to be provided to the United States Attorney's Office in order to
22
   prosecute the matter.
23
       IT IS FURTHER ORDERED THAT the indictment and arrest warrants are to
24
   remain under seal until further Order of this court..
25
                                           _/s/ Elizabeth Laporte_
26
                                           HON. ELIZABETH LAPORTE
27                                         UNITED STATES MAGISTRATE JUDGE

28

   UNSEALING APPLICATION AND ORDER