| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 59 | | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | **DEPUTY CLERK** Corinne Lew | | **REPORTER/FTR** FTR | |
| **MAGISTRATE JUDGE** Patricia V. Trumbull | **DATE** 9/27/07 | **NEW CASE** ☐ | **CASE NUMBER** CR 07-00290 JF | |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| **DEFENDANT** Duc Nguyen | **AGE** | **CUST** Y | **P/NP** P | **ATTORNEY FOR DEFENDANT** Vicki Young | **PD.** ☐ **APPT.** | **RET.** ☐ ☒ |
| **U.S. ATTORNEY** C. Singh for S. Jerich | **INTERPRETER** | | | ☐ **FIN. AFFT SUBMITTED** | ☐ **COUNSEL APPT'D** | |
| **PROBATION OFFICER** | **PRETRIAL SERVICES OFFICER** L. Weigel | | ☐ **DEF ELIGIBLE FOR APPT'D COUNSEL** | | ☐ **PARTIAL PAYMENT OF CJA FEES** | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | |
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER | |
| ☒ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | **AMT OF SECURITY** $ 50,000 PR | **SPECIAL NOTES** | ☐ PASSPORT SURRENDERED DATE: |
| **PROPERTY TO BE POSTED** ☐ CASH   $ | | **CORPORATE SECURITY** ☐ | **REAL PROPERTY:** ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

| ORDER REMOVED TO THE DISTRICT OF | | | |
|---|---|---|---|

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| **TO:** 10/10/07 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
| **AT:** 9:00 am | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| **BEFORE HON.** Jeremy Fogel | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

| ADDITIONAL PROCEEDINGS |
|---|

cc: D. Munz