1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorneys

450 Golden Gate Avenue, 11th Floor
San Francisco, California  94102
Telephone: (415)436-7158
Facsimile: (415) 436-7234
Email: susan.jerich@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NAM NGUYEN, JIMMY NGUYEN, )<br>HUY NGO & KIM MAI )<br>)<br>Defendants ) | No. CR 07-0289 RMW<br><br>**NOTICE OF RELATED CASES** |
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SON NGUYEN, DUC NGUYEN )<br>& HUY NGO )<br>)<br>Defendant. ) | No. CR 07-290 JF |

The United States, by and through the above counsel of record, hereby submits this Notice of Related Cases pursuant to Criminal Local Rule 8-1.  In the interest of judicial

NOTICE OF RELATED CASES
CR07-289 RMW
CR07-290 JF                                                    1

1  economy, the government contends that the two matters should be related before this Court.

2  Specifically, these cases are appropriate to relate because they appear likely to entail
3  substantial duplication of labor if heard by different Judges. For example, while each case
4  involves a separate drug conspiracy–the first involving ecstasy (MDMA) and the latter, cocaine
5  base ("crack cocaine"), both cases arise out of the same wire interception investigation. As such,
6  discovery and foundational information, at a minimum, will be the same. Moreover, any legal
7  challenges to the wire interception Order(s) will also likely be predicated on similar evidence
8  and arguments. Finally, both matters have a defendant in common – Huy Ngo.

9  The United States contends that the two matters should be related in the interests of
10 judicial economy as well as the fact that both involve a common defendant.

12 DATED: September 27, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
_____
SUSAN R. JERICH
Assistant United States Attorney

NOTICE OF RELATED CASES
CR07-289 RMW
CR07-290 JF                        2