IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SON NGUYEN, DUC NGUYEN, and HUY NGO,<br><br>        Defendants. | ***E-FILED - 11/5/07***<br><br>CASE NO.: CR-07-00290-RMW<br><br>**CLERK'S NOTICE OF SETTING STATUS HEARING** |

PLEASE TAKE NOTICE that a Status Hearing has been scheduled for **November 19, 2007 @ 9:00 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

DATED: November 5, 2007

BY: *Jackie Garcia* (signature)
    JACKIE GARCIA
    Courtroom Deputy for
   Honorable Ronald M. Whyte

| | |
|---|---|
| 1 | |
| 2 | Copy of Notice E-Filed to Counsel of Record: |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |