IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S.A.,<br><br>        Plaintiff,<br><br>  v.<br><br>SON NGUYEN, DUC NGUYEN & HUY NGO,<br><br>        Defendant. | ***E-FILED - 6/5/08***<br><br>CASE NO.: CR-07-00290-RMW<br><br>**CLERK'S NOTICE OF CONTINUANCE OF STATUS HEARING** |

PLEASE TAKE NOTICE that the Status Hearing in the above-entitled matter which was previously set for June 9, 2008, has been continued to **June 30, 2008 @ 9:00 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

DATED: June 5, 2008

                                                                             JACKIE GARCIA<br>
                                                                             Courtroom Deputy for<br>
                                                                             Honorable Ronald M. Whyte

Copy of Order E-Filed to Counsel of Record: