*E-FILED *

## CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte                **REPORTER:** Lee-Anne Shortridge

**DATE:** July 14, 2008                **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00290-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- SON NGUYEN, DUC NGUYEN,
        APPEARANCES:                & HUY NGO  (P)

**PLTF:** AUSA: S. Jerich                **DEFT:** A. Morales, V. Young & J. Gordon

**COURT ACTION:** STATUS HEARING

Hearing Held.  Defense counsel advised that they intend to file a suppression motion.  The

Court set a motion hearing date for 9/2/08 @ 9:00 AM.  The Court excluded time based on

effective preparation.  Time is excluded to 9/2/08.  Government to prepare exclusion order.

*/s/ Jackie Garcia*
     __JACKIE GARCIA__
     **Courtroom Deputy**