VICKI H. YOUNG, Esq.  (State Bar Number 73261)
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301
TEL: (415) 421-4347

Attorney for Defendant
DUC NGUYEN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SON NGUYEN, et.al. .<br><br>    Defendants. | CASE NO. CR 07-00290 RMW<br><br>DEFENDANT DUC NGUYEN'S NOTICE OF JOINDER IN MOTION TO SUPPRESS EVIDENCE<br><br>DATE:    September 2, 2008<br>TIME:    9:00 A.M.<br>JUDGE:   Hon. Ronald M. Whyte |

TO: THE UNITED STATES ATTORNEY JOSEPH RUSSIONELLO, AND ASSISTANT UNITED STATES ATTORNEY SUSAN JERICH, ATTORNEYS FOR THE PLAINTIFF.

PLEASE TAKE NOTICE that defendant DUC NGUYEN, by and through his attorney of record, VICKI H. YOUNG, hereby files this Notice of Joinder in the Motion to Suppress Evidence filed by co-defendant SON NGUYEN. DUC NGUYEN adopts the arguments contained in SON NGUYEN'S Memorandum of Points and Authorities to the extent that they are applicable to him and further supplements those points and authorities with the attached Declaration from Duc Nguyen.

DATED: August 19, 2008                                Respectfully submitted,

                                                       // Vicki H. Young
                                                      VICKI H. YOUNG, ESQ.
                                                      Attorney for defendant
                                                      DUC NGUYEN

NOTICE OF JOINDER