```
1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3  Telephone (415) 421-4347

4  Attorney for Defendant Duc Nguyen

5
   Alfredo M. Morales [SBN69204]
6  Law Offices of Morales & Leaños
   75 East Santa Clara Street, Suite 250
7  San Jose, CA 95113
   Tel: (408) 294-5400
8
   Attorneys for Defendant Son Nguyen
9
   Jack D. Gordon
10 Law Offices of Jack Gordon
   95 South Market Street, #300
11 San Jose, CA 95114
   Tel: (408) 286-1351
12
   Attorney for Defendant Huy Ngo
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,    ) | No. CR 07-00290 RMW |
|---|---|
| Plaintiff,    )   |   |
| )   | STIPULATION TO CONTINUE MOTIONS |
| vs.    )   | DATE; [PROPOSED] ORDER |
| )   |   |
| SON NGUYEN, *et al.*    )   | Date: Sept. 2, 2008 |
| )   | Time: 9:00 a.m. |
| Defendants.    )   | Court: Hon. Ronald Whyte |
| _____)   |   |

It is hereby stipulated between the United States of America, by and through Assistant United States Attorney Susan Jerich, and defendants Duc Nguyen, Son Nguyen, and Huy Ngo by and through their respective defense counsel, that the hearing on their motions which is currently scheduled for September 2, 2008, be continued to October 14, 2008, at 9:00 a.m.

STIPULATION AND [PROPOSED]
ORDER TO CONTINUE MOTIONS DATE

Page 1

1      This continuance is necessary because defense counsel have requested additional discovery from the government which is necessary to the briefing on the motion to suppress evidence.  AUSA Jerich needs time to determine whether the requested reports exist and whether they will be provided to the defense.  Assuming that the reports are provided, additional time is needed to complete the briefing on the motion to suppress evidence. Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C. §3161(h)(8)(A).

     The parties stipulate that the time between September 2, 2008, and October 14, 2008, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B).  As required by 18 U.S.C. §3161 (h)(8)(B)(iv), it is stipulated that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial and the denial of the stipulation to continue the motions hearing would unreasonably deny the defendants reasonable time necessary for effective preparation of the pretrial motions and defense, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel.  18 U.S.C. §3161(h)(8)(B)(iv).

     Additionally, under title 18 U.S.C. § 3161 (h)(1)(F), delay resulting from a pretrial motion is excluded from the Speedy Trial Calculation.  Since Son Nguyen's Motion to Suppress Evidence and Duc Nguyen's Joinder in the Motion to Suppress Evidence have already been filed,  the period of time from the filing of the motion through the ruling on the motions is excluded from the Speedy Trial Clock.

     It is so stipulated.

Dated:        August 26, 2008                           Respectfully submitted,

                                                      /s/ Vicki H. Young
                                               VICKI H. YOUNG, ESQ.
                                               Attorney for Duc Nguyen

Dated:        August 26, 2008                           /s/   Alfredo Morales
                                               ALFREDO MORALES, ESQ.
                                               Attorney for Son Nguyen

| | | |
|---|---|---|
| Dated: | August 26, 2008 | /s/   Jack Gordon |
| | | JACK GORDON, ESQ. |
| | | Attorney for Huy Ngo |
| | | |
| Dated: | August 26, 2008 | JOSEPH RUSSIONIELLO |
| | | UNITED STATES ATTORNEY |
| | | |
| | | /s/   Susan Jerich |
| | | SUSAN JERICH |
| | | Assistant United States Attorney |

STIPULATION AND [PROPOSED]
ORDER TO CONTINUE MOTIONS DATE

## **[PROPOSED] ORDER**

GOOD CAUSE BEING SHOWN, the hearing on the Motion to Suppress Evidence filed by Son Nguyen and the Joinder in the Motion to Suppress Evidence filed by Duc Nguyen is continued to October 14, 2008. This Court finds that the period from September 2, 2008, through and including October 14, 2008, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h). The basis for such exclusion is the defense counsel have requested and are waiting for additional discovery necessary to the briefing and preparation of the Motion to Suppress Evidence.

Under title 18 U.S.C. § 3161 (h)(1)(F), delay resulting from a pretrial motion is excluded from the Speedy Trial Calculation.

Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C §3161(h)(8)(A).

As required by 18 U.S.C §3161 (h)(8)(B(iv), this Court finds that the reason that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial are the denial of the continuance would unreasonably deny the defendant reasonable time necessary for effective preparation of the pretrial motions and defense, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel. 18 U.S.C. §3161(h)(8)(B)(iv).

DATED:

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE