VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Defendant Duc Nguyen

*E-FILED - 2/13/09*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00290 RMW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | STATUS DATE; |
| vs. ) | [] ORDER |
| ) | |
| SON NGUYEN, et.al. ) | |
| ) | |
| Defendants. ) | |

It is hereby stipulated between the United States of America, by and through Assistant United States Attorneys Susan R. Jerich, and defendants Huy Ngo, Duc Nguyen, and Son Nguyen, by and through their respective defense counsel, that the status date of February 17, 2009, be continued to March 2, 2009, at 9:00 a.m.

The reason for this continuance is that government provided draft plea agreements to defense counsel late last week and defense counsel will not have sufficient time to meet with their clients to discuss the plea agreements before February 17, 2009. All counsel believe that a continuance to March 2, 2009, will allow sufficient time for counsel to determine whether their cases will resolve.

Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C. §3161(h)(8)(A).

STIP AND [] ORDER

- 1 -

| | | | |
|---|---|---|---|
|1| | |The parties stipulate that the time between February 17, 2009, and March 2, 2009, shall be|

The parties stipulate that the time between February 17, 2009, and March 2, 2009, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B). As required by 18 U.S.C. §3161 (h)(8)(B)(iv), it is stipulated that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial and the denial of the stipulation to continue the status hearing would unreasonably deny the defendants reasonable time necessary for effective preparation of the defense, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(8)(B)(iv).

It is so stipulated.

Dated: February 11, 2009  Respectfully submitted,

/s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Duc Nguyen

Dated: February 11, 2009  /s/ Alfredo Morales
ALFREDO MORALES, ESQ.
Attorney for Son Nguyen

Dated: February 11, 2009  /s/ Jack Gordon
JACK GORDON, ESQ.
Attorney for HUY NGO

Dated: February 11, 2009  JOSEPH P. RUSSIONIELLO
UNITED STATES ATTORNEY


/s/ Susan R. Jerich
SUSAN R. JERICH
Assistant United States Attorney

STIP AND [] ORDER
- 2 -

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SON NGUYEN, et. al., ) <br> ) <br> Defendants. ) <br> _____ ) | CR No.: CR 07-00290 RMW <br><br> ORDER FOR <br> CONTINUANCE OF <br> STATUS DATE |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the status date of February 17, 2009, is continued to March 2, 2009, at 9:00 a.m.

The Court finds the time between February 17, 2009, and March 2, 2009, is excludable from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial. specifically based on the need for defense counsel for additional time to meet with their clients to discuss the proposed plea agreements. For these reasons, there is good cause for the continuance and failure to grant the continuance would unreasonably deny the government and the defendants reasonable time necessary for effective case preparation taking into account the exercise of due diligence under 18 U.S.C. 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATE: 2/13/09

_Ronald M. Whyte_
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

STIP AND [] ORDER

- 3 -