JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7158
    Facsimile: (415) 436-6982
    Email: susan.jerich@usdoj.gov

***E-FILED - 2/27/09***

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> SON NGUYEN, et. al. ) <br> ) <br> ) <br> Defendants. ) <br> _____) | No.: CR 07-290 RMW <br><br> PARTIES' STIPULATION AND <br> ORDER CONTINUING <br> STATUS DATE |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. Defendants Son Nguyen, Duc Nguyen and Huy Ngo last appeared before this court on January 26, 2009 for status. The matter was continued until February 17, 2009 for change of plea.

    2. Subsequently, defense counsel requested that the matter be continued until March 2, 2009 in order to provide counsel with additional time to consult with their clients and determine whether the matters would resolve. The matter was continued until March 2, 2009.

    3. While the parties anticipate that these matters will resolve by way of negotiated plea agreements, additional time is required to allow counsel to consult with their clients and, to allow government counsel to secure final approval for the proposed plea agreements. Counsel

STIPULATION AND ORDER
CR 07-290 RMW

| | |
|---|---|
| 1 | for all defendants have been contacted by government counsel and agree to this request. |
| 2 | 4.   The parties request one final continuance in this matter and ask that the matter be |
| 3 | continued until March 23, 2009 at 9:00 a.m..  The ends of justice served by such a continuance |
| 4 | outweigh the best interests of the public and defendants in a Speedy Trial within the meaning of |
| 5 | Title 18 U.S.C. §3161(h)(8)(A).  The parties stipulate that the time between March 2, 2009 and |
| 6 | March 16, 2009, shall be excluded from the period of time within which the speedy trial must |
| 7 | commence under the Speedy Trial Act, 18 U.S.C. §3161 et. seq., pursuant to Title 18, United |
| 8 | States Code, Section 3161(h)(8)(A), considering the factors set forth in §3161(h)(8)(B).  It is |
| 9 | stipulated that the ends of justice outweigh the best interest of the public and defendants in a |
| 10 | speedy trial and the denial of the stipulation to continue the status hearing would unreasonably |
| 11 | deny the defendants reasonable time necessary for effective preparation of the defense. |

SO STIPULATED.

Dated: February 27, 2009          Respectfully submitted,

/s/
SUSAN R. JERICH
Assistant United States Attorney


/s/ Jack Gordon, Esq.
Attorney for Huy Ngo

/s/ Alfredo Morales, Esq.
Attorney for Son Nguyen

/s/ Vicki H. Young, Esq.
Attorney for Duc Nguyen


SO ORDERED.

_____
Honorable Ronald M. Whyte

DATED: 2/27/09

STIPULATION AND ORDER
CR 07-290 RMW