**Alfredo M. Morales, [SBN 69204]**
Law Offices of Morales & Leaños
75 E. Santa Clara St., Suite 250
San José, CA   95ll3
(408) 294-5400

Counsel for Defendant
Son Nguyen

*E-FILED - 3/20/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-290 RMW |
| | ) | |
| Plaintiff, | ) | PARTIES' STIPULATION AND |
| | ) | ORDER CONTINUING |
| vs. | ) | STATUS DATE |
| . | ) | |
| SON NGUYEN, et. al., | ) | |
| . | ) | |
| Defendants. | ) | |
| | ) | |

The parties stipulate and agree, and the Court finds and holds as follows:

    1.  Defendants Son Nguyen, Duc Nguyen and Huy Ngo last appeared before this court on January 26, 2009 for status.  The matter was continued until February 17, 2009 for change of plea.

    2.  Subsequently, defense counsel requested that the matter be continued until March 2, 2009 in order to provide counsel with additional time to consult with their clients and determine whether the matters would resolve.  The matter was continued until March 2, 2009.

    3.  A further request for continue the matter to March 23, 2009 was made by the parties hereto.  The matter was continued to March 23, 2009.

    4.  While the parties hereto anticipate that these matters will resolve by way of negotiated plea agreements, additional time is required to allow counsel for Son Nguyen and Duc Nguyen to

consult with their clients and to allow government counsel to secure final approval for the proposed plea agreements. Government Counsel as well as counsel for Son Nguyen and Duc Nguyen agree that this would be in the best interest of the parties.

5. The parties hereto request one final continuance in this matter and ask that the matter be continued until April 6, 20009, at 9:00 a..m. The ends of justice served by such a continuance outweigh the best interests of the public and defendants in a Speedy Trial within the meaning of Title 18 U.S.C. §3161(h)(8)(A). The parties stipulate that the time between March 23, 2009 and April 6, 2009, shall be excluded from the period of time within which the speedy trial must commence under the Speedy Trial Act, 18 U.S.C.§3161 et. seq., pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in §3161(h)(8)(B). It is stipulated that the ends of justice outweigh the best interest of the public and defendants in a speedy trial and the denial of the stipulation to continue the status hearing would unreasonably deny the defendants reasonable time necessary for effective preparation of the defense.

Dated: March 18, 2009                          Respectfully submitted,


                                               ___/s/_____
                                               Alfredo M. Morales, Esq.
                                               Attorney for Defendant Son Nguyen

Dated: March 18, 2009


                                               ___/s/_____
                                               Vickie H. Young, Esq.
                                               Attorney for Defendant Duc Nguyen

Dated: March 18, 2009


                                               ___/s/_____
                                               Susan R. Jerich, Esq.
                                               Assistant United States Attorney

SO ORDERED.

Dated: ___3/20/09_____

*Ronald M. Whyte*

_____
HONORABLE RONALD M. WHYTE