| | |
|---|---|
| 1 | VICKI H. YOUNG |
| 2 | Law Offices of Vicki H. Young |
|   | 706 Cowper Street, Suite 205 |
| 3 | Palo Alto, California 94301 |
|   | Telephone (415) 421-4347 |

*E-FILED - 11/17/09*

Attorney for Defendant Duc Nguyen

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-290 RMW |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE SENTENCING DATE; [] ORDER |
| SON NGUYEN, *et al.* | Date: November 16, 2009 |
| Defendants. | Time: 9:00 a.m. |
| | Court: Hon. Ronald Whyte |

It is hereby stipulated between the United States of America, by and through Assistant United States Attorney Susan Jerich, and defendant Duc Nguyen, through his counsel Vicki H. Young, that the sentencing date of November 16, 2009, be continued to January 19, 2010, at 9:00 a.m.

This reason for this continuance is that defense counsel has been out of the office due to family medical problems and she will need additional time after she returns to prepare a response to the draft presentence report and to arrange for a safety valve debriefing.

Probation Officer Waseem Iqbal has been advised of this continuance and has no objection.

It is so stipulated.

| | | |
|---|---|---|
| Dated: | October 22, 2009 | Respectfully submitted, |

/s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Duc Nguyen

Dated:    October 22, 2009         JOSEPH RUSSIONIELLO
                                   UNITED STATES ATTORNEY

/s/   Susan Jerich
SUSAN JERICH
Assistant United States Attorney

**ORDER**

GOOD CAUSE BEING SHOWN, the sentencing date of November 16, 2009, is continued to January 19, 2010, at 9:00 a.m.

IT IS SO ORDERED.

DATED:  11/17/09

*Ronald M. Whyte*
RONALD M. WHYTE
SENIOR U.S. DISTRICT JUDGE