| | |
|---|---|
| 1 | VICKI H. YOUNG |
| 2 | Law Offices of Vicki H. Young<br>706 Cowper Street, Suite 205<br>Palo Alto, California 94301 |
| 3 | Telephone (415) 421-4347 |

Attorney for Defendant Duc Nguyen

*E-FILED - 1/14/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00290 RMW |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION TO CONTINUE<br>SENTENCING DATE; [] ORDER |
| DUC NGUYEN, | ) | Date: Jan. 19, 2009<br>Time: 9:00 a.m.<br>Court: Hon. Ronald Whyte |
| Defendant. | ) | |

It is hereby stipulated between the United States of America, by and through Assistant United States Attorney Susan Jerich, and defendant Duc Nguyen, through his attorney Vicki H. Young, that the sentencing hearing which is currently scheduled for January 19, 2010, be continued to February 8, 2010, at 9:00 a.m.

This continuance is necessary because the parties need additional time to see whether they can resolve their differences as to Duc Nguyen's eligibility for the safety valve and to give the parties additional time to try to reach an accord as to an appropriate sentencing recommendation.

USPO Waseem Iqbal has been advised of this continuance and has no objection.

///

///

STIPULATION AND []
ORDER TO CONTINUE SENTENCING

Page 1

It is so stipulated.

Dated: January 12, 2010                Respectfully submitted,


/s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Duc Nguyen


Dated: January 12, 2010                JOSEPH RUSSIONIELLO
                                       UNITED STATES ATTORNEY


/s/ Susan Jerich
SUSAN JERICH
Assistant United States Attorney


**ORDER**

GOOD CAUSE BEING SHOWN, the sentencing hearing for Duc Nguyen which is currently set for January 19, 2010, is continued to February 8, 2010.

IT IS SO ORDERED.

DATED: 1/14/10

*Ronald M. Whyte*
RONALD M. WHYTE
SENIOR UNITED STATES DISTRICT JUDGE