VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301
Telephone (415) 421-4347

*E-FILED - 2/2/10*

Attorney for Defendant Duc Nguyen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00290 RMW |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE SENTENCING DATE; [] ORDER |
| DUC NGUYEN, | Date: Feb. 8, 2010 |
| Defendant. | Time: 9:00 a.m. |
| | Court: Hon. Ronald Whyte |

It is hereby stipulated between the United States of America, by and through Assistant United States Attorney John Glang and defendant Duc Nguyen, through his attorney Vicki H. Young, that the sentencing hearing which is currently scheduled for February 8, 2010, be continued to March 15, 2010, at 9:00 a.m.

This continuance is necessary because the case was recently reassigned to AUSA John Glang, who has been in trial, and he needs time to become familiar with the file. Since the government now agrees that Duc Nguyen is eligible for safety valve relief, defense counsel Vicki H. Young needs additional time to prepare a sentencing memorandum on 3553 factors and crack/cocaine disparity issues..

USPO Waseem Iqbal has been advised of this continuance and has no objection.

///

STIPULATION AND []
ORDER TO CONTINUE SENTENCING

It is so stipulated.

Dated: January 28, 2010    Respectfully submitted,

/s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Duc Nguyen

Dated: January 28, 2010    JOSEPH RUSSIONIELLO
UNITED STATES ATTORNEY

/s/  John Glang
JOHN GLANG
Assistant United States Attorney

**ORDER**

GOOD CAUSE BEING SHOWN, the sentencing hearing for Duc Nguyen which is currently set for February 8, 2010, is continued to March 15, 2010, at 9:00 a.m..

IT IS SO ORDERED.

DATED:  2/2/10

*Ronald M. Whyte*
RONALD M. WHYTE
SENIOR UNITED STATES DISTRICT JUDGE