| | |
|---|---|
| 1 | VICKI H. YOUNG |
| | Law Offices of Vicki H. Young |
| 2 | 706 Cowper Street, Suite 205 |
| | Palo Alto, California 94301 |
| 3 | Telephone (415) 421-4347 |

Attorney for Defendant Duc Nguyen

*E-FILED - 3/4/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00290 RMW |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION TO CONTINUE SENTENCING DATE; [] ORDER |
| | ) | |
| DUC NGUYEN, | ) | Date: March 15, 2010 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Court: Hon. Ronald Whyte |

It is hereby stipulated between the United States of America, by and through Assistant United States Attorney John Glang and defendant Duc Nguyen, through his attorney Vicki H. Young, that the sentencing hearing which is currently scheduled for March 15, 2010, be continued to April 5, 2010, at 9:00 a.m.

This continuance is necessary because defense counsel has ordered the transcript of a sentencing hearing in USA v. Gipson, CR 09-00203 CW, where Hon. Claudia Wilkin granted a downward variance pursuant to 18 U.S.C. 3553 on the 1:1 powder/crack cocaine disparity. The transcript was ordered on January 28, 2010, but the transcript has not yet been received. Defense counsel needs additional time after she has received the transcript to prepare the sentencing memorandum. Since the government now agrees that Duc Nguyen is eligible for safety valve relief,

STIPULATION AND []
ORDER TO CONTINUE SENTENCING

Page 1

defense counsel Vicki H. Young needs to prepare a sentencing memorandum on 3553 factors and crack/cocaine disparity issues.

USPO Waseem Iqbal has been advised of this continuance and has no objection.

It is so stipulated.

Dated: March 1, 2010					Respectfully submitted,

					/s/ Vicki H. Young
					VICKI H. YOUNG, ESQ.
					Attorney for Duc Nguyen

Dated: March 1, 2010					JOSEPH RUSSIONIELLO
					UNITED STATES ATTORNEY


					/s/   John Glang
					JOHN GLANG
					Assistant United States Attorney

## ORDER

GOOD CAUSE BEING SHOWN, the sentencing hearing for Duc Nguyen which is currently set for March 15, 2010, is continued to April 5, 2010, at 9:00 a.m..

IT IS SO ORDERED.

DATED: 3/4/10

					RONALD M. WHYTE
					SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND]
ORDER TO CONTINUE SENTENCING					Page 2